UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GF DBI II, LLC, et al.,

    Plaintiffs,

v.                                  CASE NO. 8:17-cv-86-T-23MAP

DREAMBUILDER
INVESTMENTS, LLC, et al.,

    Defendants.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 34), the action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on September 27, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE